COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| TENET HOSPITALS LIMITED, A TEXAS LIMITED PARTNERSHIP, D/B/A SIERRA MEDICAL CENTER, | § | No. 08-10-00293-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 243rd District Court |
| v. | | |
| | § | of El Paso County, Texas |
| SOCORRO S. AVILA, INDIVIDUALLY, AS A WRONGFUL DEATH BENEFICIARY, AND AS | § | (TC# 2009-825) |
| INDEPENDENT EXECUTRIX OF THE ESTATE OF FRANK L. AVILA, | § | |
| DECEASED, | § | |
| | | |
| Appellee. | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's unopposed motion for voluntary dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

June 15, 2011

Before Chew, C.J., McClure, and Rivera, JJ.